# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2018

156409

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* Estate of EDWARD SADORSKI, SR.,
Deceased.
_____

ANN SADORSKI,
        Appellant,

v

KAREN MAHER, EDWARD SADORSKI, JR.,
KENNETH SADORSKI, and
ESTELLE SADORSKI,
        Appellees.
_____/

SC:  156409
COA:  332416
Macomb Probate Court:
2014-214780-DE

On order of the Court, the application for leave to appeal the July 20, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2018

Clerk

a0523